# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9269809 | RINEHART | 7557 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 11/24/2020 | CVC 22350 |

Place of Offense: STUART MESA RD ADJ TO YAMANAKA WAY

Offense Description: Factual Basis for Charge — HAZMAT ☐
TRAVELING 56MPH IN A 35MPH ZONE

### DEFENDANT INFORMATION

Last Name: MALLARI
First Name: MARIA
MI: L

Tag No: 6FPT417  State: CA  Year: 2008  Make/Model: BUICK ENCLAVE  Color: BROWN

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 135 Forfeiture Amount
+ $30 Processing Fee
$ 165 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W BROADWAY SAN DIEGO, CA 92101

Date: /
Time: /

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9269809*

---

(For Issuance of an arrest warrant or summons)

I state that on NOV 24, 2020 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

[lined area for statement]

The foregoing statement is based upon:
☑ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/24/2020    Officer's Signature: [signature] #7557

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

14/541 LR